IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  5:06cr4BrS

CHRISTOPHER DAVID THOMAS-Mayorga

MOTION TO DISMISS COUNT 1 OF INDICTMENT

Pursuant to Rule 48(a), Fed. R. Crim. Pro., the government respectfully moves the Court to dismiss Count One of the indictment above styled and numbered, in consequence of the defendant's plea of guilty to Count Two thereof.

DUNN LAMPTON
United States Attorney


By:   s/s Jack B. Lacy, Jr.
      Assistant United States Attorney

ORDER DISMISSING COUNT ONE OF INDICTMENT

THE GOVERNMENT'S MOTION to dismiss Count One of the indictment in the cause above styled and numbered is granted for the reason stated therein, with prejudice, on this the 14th Day of August, 2006.

S/DAVID BRAMLETTE
DAVID C. BRAMLETTE III
United States District Judge